Joseph PETERSON, Appellant,

v.

STATE of Alaska, Appellee.

No. 4470.

Supreme Court of Alaska.

Nov. 30, 1979.

v.

STATE of Alaska, Appellee.

No. 3555.

Supreme Court of Alaska.

Nov. 30, 1979.

Allan Beiswenger, Asst. Public Defender, Bethel, Brian Shortell, Public Defender, Anchorage, for appellant.

Victor Krumm, Dist. Atty., Bethel, Avrum M. Gross, Atty. Gen., Juneau, for appellee.

Before RABINOWITZ, C. J., and CONNOR, BOOCHEVER, BURKE and MATTHEWS, JJ.

## OPINION

PER CURIAM.

Appellant was convicted of the crime of manslaughter and sentenced to an eighteen year term. In a drunken state he beat to death the woman with whom he had been living. Appellant is an alcoholic and has four prior felony convictions: two rapes, assault with a deadly weapon, and possession of a firearm by a felon. The presentence report concluded that appellant is dangerous and recommended a maximum sentence. We do not regard the sentence as excessive.

AFFIRMED.